**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6293**

———————————

In Re:  ALEXANDER CAMERON,

                                                Petitioner.

———————————

On Petition for Writ of Mandamus.

———————————

Submitted:  March 23, 2005          Decided:  April 6, 2005

———————————

Before MICHAEL, MOTZ, and KING, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Alexander Cameron, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alexander Cameron petitions for a writ of mandamus, seeking an order to compel Judge Donald M. Haddock of the Circuit Court for the City of Alexandria, Virginia, to summon and allow Cameron to confront the person who conducted DNA testing on alleged evidence stemming from Cameron's 1987 criminal conviction.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Assn., 860 F.2d 135, 138 (4th Cir. 1988). This court does not have jurisdiction to grant mandamus relief against state officials. See Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir. 1969).

The relief sought by Cameron is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED